## PAYNE V. PAYNE.

A defendant cannot introduce himself a witness on a bill filed upon the statute, against a note.
A defendant may withdraw his bill, and plead the statute.

ACTION on note. The defendant filed his bill against the note, on the statute, complaining that it was usurious and oppressive, and moved to be admitted to his oath to prove his bill.

By the COURT. This cannot be allowed; for according to the rules of chancery, a man cannot introduce himself to be a witness in his own favor. The plaintiff in his answer to the bill, might appeal to the defendant's conscience and so have him introduced. See Livingston v. Bird, Litchfield August 1791.

The defendant then moved for liberty to withdraw his bill and plead the statute in avoidance of the whole note; which was allowed by the court.